UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael A. Wolfenbarger, et al,

Plaintiffs,

v.

Robert Blair, et al,

Defendants.

Case No. 2:17-cv-1104

Judge Michael H. Watson

Magistrate Judge E.P. Deavers

## ORDER

On February 22, 2018, Magistrate Judge Elizabeth Preston Deavers issued a report and recommendation ("R&R") recommending the Court dismiss Plaintiff Jeffrey A. Woods' claims in this case for failure to prosecute. R&R at 2, ECF No. 11. The R&R advised the parties of their right to object and that the failure to object would result in a waiver of the right to de novo review by the Undersigned as well as a waiver of the right to appeal the judgment of this Court. *Id.* The time for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R without conducting a de novo review and **DISMISSES** Plaintiff Woods' claims for failure to prosecute. The Clerk shall terminate Jeffrey A. Woods as a party to this case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT